UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Nexus Medical Partners

-v.-

09 Civ. 4974 (RWS)

Mini-Lap Technologies Inc.
------------------------------------------------------------x

Please be advised that the conference scheduled

for Oct 21, 09 has been rescheduled to

Nov 24, 09 at 4:30 pm in Courtroom 18C

Please notify opposing counsel of the change.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/09

SO ORDERED.

Dated: New York, New York
10/20/09

ROBERT W. SWEET
United States District Judge