UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

Nexus Medical Partners,

-v.-

09 Civ. 4974 (RWS)

Amended

Mini-Lap Technologies Inc.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/09

Please be advised that the conference scheduled for Nov 24, 09 has been rescheduled to Nov 25, 09 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
11/20/09

ROBERT W. SWEET
United States District Judge